UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KENNETH MARCUM, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-CV-158 |
| | ) | |
| GRAPHIC PACKAGING INTERNATIONAL, | ) | |
| INC., and CIGNA LEAVE SOLUTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter is before the Court on the issue of whether Attorney Bolinger or his client, Kenneth W. Marcum, should be sanctioned for their failure to attend the hearing on August 28, 2013. The Court held a show cause hearing on September 20, 2013, in which Attorney Bolinger and Marcum were present. Attorney Bolinger has since supplemented his response on September 20, 2013, with an affidavit (Docket #29.)

Given that Attorney Bolinger and Marcum are jointly responsible for the fees and expenses the Court awarded following the granting of the Defendants' Motion to Compel, the Court finds that no sanctions payable to the Clerk should be imposed.

SO ORDERED.

Enter for this 25th day of September, 2013.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge